UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-5-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN MICHAEL WADE | ORDER TO SEAL |

On motion of the Defendant, John Michael Wade, and for good cause shown, it is hereby ORDERED that the **[DE 42]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __7__ day of September, 2016.

JAMES C. DEVER, III
Chief United States District Court Judge