IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-5-D

UNITED STATES OF AMERICA,          )
                                   )
                    v.             )          **ORDER**
                                   )
JOHN MICHAEL WADE,                 )
                                   )
                    Defendant.     )

     The United States shall file a response to defendant's request for a reduction in restitution

[D.E. 83] not later than October 21, 2022.

     SO ORDERED. This 30 day of September, 2022.


                            JAMES C. DEVER III
                            United States District Judge